**Exhibit A: Index of Documents Filed in State Court**

*The Amarillo Area Foundation and The Don and Sybil Harrington Foundation v.
Invesco Institutional (N.A.), Inc.*, Cause No. 93114-C

|  | Date | Document Description |
|---|---|---|
| 1. | March 2, 2005 | Plaintiffs' Original Petition |
| 2. | March 8, 2005 | Plaintiffs' Motion for Service Pursuant to Texas Rule of Civil Procedure 103 |
| 3. | March 8, 2005 | Order Authorizing Service Under Rule 103 Texas Rules of Civil Procedure |
| 4. | March 22, 2005 | Transmittal Letter from Plaintiffs' attorney John Mozola to District Clerk |
| 5. | March 22, 2005 | Record Citation of Invesco Institutional (N.A.), Inc. |
| 6. | April 1, 2005 | Transmittal Letter from Defendant's Thomas Riney to District Clerk |
| 7. | April 1, 2005 | Defendant's Motion to Transfer Venue and Subject Thereto Its Original Answer |




# DOCKET SHEET

**CAUSE NUMBER:** 093114-00-C

DOCKET: CIVIL

DATE FILED: MARCH 2, 2005

COURT: 251ST DISTRICT COURT

JURY FEE PAID BY:

CAUSE OF ACTION: NO. 6 BREACH OF FIDUCIARY DUTY

STYLE:
THE AMARILLO AREA FOUNDATION AND THE DON AND SYBIL HARRINGTON FOUNDATION VS INVESCO INSTITUTIONAL (NA) INC (FKA INVESCO CAPITAL MANAGEMENT INC)

PLAINTIFF ATTORNEY:
JOHN MOZOLA, MULLIN HOARD & BROWN, LLP, 500 S. TAYLOR, 800 ANB, AMARILLO, TX 79101, (806) 372-5050, BAR CARD NO. 14615500 FAX NO. (806) 372-5086

DEFENDANT ATTORNEY:
_____, _____, _____,
_____, _____, _____,
BAR CARD NO. _____ FAX NO. _____

| DATE OF ORDERS | ORDERS OF COURT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Case 2:05-cv-00104-J   Document 1-2   Filed 04/05/05   Page 4 of 29   PageID 14

Court Center Docket Review. Case History Header.                                    Page 1 of 2

iDocket.com™                          Home | Site Map | Log Out
                    Search | Case History | Parties | Attorneys | Links | Services

[ All ] | Motions | Orders | Answers / Citations | Other Documents / Actions | Costs | Payments | Ledger

Check out our new affordable subscription plans at
**iDocket.com**

( View Case Track™ ) ———————— ( Start Case Track™ )

Civil Docket; Case 93114-00-C; Accounts, Contracts, Notes
THE AMARILLO AREA FOUNDATION AND THE DON AND SYBIL HARRINGTON FOUNDATION vs
INVESCO INSTITUTIONAL (NA) INC (FKA INVESCO CAPITAL MANAGEMENT INC)
Filed 03/02/2005 - Disposition:
251st District Court, District Clerk, Potter County, Texas

( Help )

| Date | Description/Comments | Reference | Typ | Amount | Order Copies |
|------|---------------------|-----------|-----|--------|--------------|
| 03/02/2005 | PREPARE DOCKET SHEET | | TXT | | Order |
| | FILE PLAINTIFFS' ORIGINAL PETITION | | " | | Order |
| | CLERK'S FEE | | A+ | 50.00 | |
| | STATE FEE | | " | 50.00 | |
| | LAW LIBRARY FEE | | " | 35.00 | |
| | ALTERNATIVE DISPUTE RESOLUTION CENTER | | " | 10.00 | |
| | COURTHOUSE SECURITY FUND | | " | 5.00 | |
| | RECORDS MANAGEMENT FEE | | " | 5.00 | |
| | DC RECORD MANAGEMENT | | " | 5.00 | |
| | COURT REPORTER'S FEE | | " | 15.00 | |
| | ISSUE CITATION PERSONAL SERVICE: | | " | 8.00 | |
| | CHECKS RECEIVED Paid by: MULLIN HOARD & BROWN LLP | 00015852 | SP | 183.00 | |
| | ALTERNATIVE DISPUTE RESOLUTION | 00015852 | TOF | 10.00 | |
| | CLERKS FEES | 00015852 | " | 50.00 | |
| | LAW LIBRARY FEES | 00015852 | " | 35.00 | |
| | STATE FEE | 00015852 | " | 50.00 | |
| | COURT REPORTER'S FEE | 00015852 | " | 15.00 | |
| | DC RECORD MANAGEMENT & PRESERVATION FE | 00015852 | " | 5.00 | |
| | RECORDS MANAGEMENT | 00015852 | " | 5.00 | |
| | COURTHOUSE SECURITY FUND | 00015852 | " | 5.00 | |

Case 2:05-cv-00104-J   Document 1-2   Filed 04/05/05   Page 5 of 29   PageID 15

Court Center Docket Review. Case History Header.                                    Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| | ISSUANCE | 00015852 | " | 8.00 | |
| 03/08/2005 | FILE MOTION: FOR RULE 103 SERVICE | | TXT | | Order |
| | FILE AND ENTER ORDER: AUTHORIZING SERVICE UNDER RULE 103 TEXAS RULES OF CIVIL PROCEDURE (SIGNED 03/08/05 BY JUDGE PIRTLE; AUTHORIZING DWIGHT D. MULLEN, ADIL TADLI AND DANNY L. HANEY) | 1010/ 0761 | " | | Order |
| 03/22/2005 | FILE LETTER: DATED 03/22/05 FROM JOHN MOZOLA TO CLERK | | " | | Order |
| | RECORD CITATION: INVESCO INSTITUTIONAL (NA) INC (FKA INVESCO CAPITAL MANAGEMENT INC) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM SERVED 03/11/05; DALLAS COUNTY BY DWIGHT D. MULLEN ************NO FEE SHOWN************* | O/C | " | | Order |
| 04/01/2005 | FILE LETTER: DATED 04/01/05 FROM THOMAS C. RINEY TO CLERK | | " | | Order |
| | FILE MOTION: DEFENDANT'S MOTION TO TRANSFER VENUE AND SUBJECT THERETO ITS ORIGINAL ANSWER | | " | | Order |

Search | Case History | Parties | Attorneys | Links | Services          [ Site Map ] [ Return to Top ]
All | Motions | Orders | Answers / Citations | Other Documents / Actions | Costs | Payments | Ledger

© 1999 Solutions. Inc  All rights reserved.                    User ID: kdarrow
Unauthorized access is prohibited. Usage will be monitored           Viewed as of  April 4, 2005, time: 11:56:06
Agreements

CAUSE NO. 93,114-C

| | | |
|---|---|---|
| THE AMARILLO AREA FOUNDATION | § | IN THE 251st DISTRICT COURT |
| and THE DON AND SYBIL | § | |
| HARRINGTON FOUNDATION | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | IN AND FOR |
| | § | |
| INVESCO Institutional (N.A.), | § | |
| Inc. (f/k/a INVESCO Capital | § | |
| Management, Inc.) | § | |
| Defendant. | § | POTTER COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs The Amarillo Area Foundation and The Don and Sybil Harrington Foundation ("Plaintiffs"), complain of Defendant INVESCO Institutional (N.A.), Inc. (f/k/a INVESCO Capital Management, Inc.) ("Defendant" or "INVESCO"), as follows:

1. **Discovery:**

Discovery should be conducted under Level 2 of Rule 190, Texas Rules of Civil Procedure.

2. **Venue:**

Venue is proper in Potter County because all or a substantial part of the events or omissions giving rise to the claim occurred in Potter County, Texas.

FILED
CAROLINE WOODBURN
DISTRICT CLERK
2005 BP
2005 MAR -2 P 4: 05
POTTER COUNTY, TEXAS
BY BP

3. **Parties:**

Plaintiffs are corporations organized and existing under the laws of the state of Texas. Defendant is a foreign corporation that has designated CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201 as its designated agent for service of process.

4. **Facts:**

Prior to 2001, Plaintiffs entered Investment Management Agreements with Defendant. The parties agreed that Defendant had various powers in performance of its duties as Investment Manager for Plaintiffs, including the power to direct the purchase or subscription of securities. Defendant acknowledged that, as Investment Manager for Plaintiffs, it was a fiduciary in respect to the funds invested for Plaintiffs. The parties agreed that Defendant may provide services to Plaintiffs through any or all of its affiliates, including INVESCO Funds Group, Inc. Pursuant to the agreement, Defendant performed investment services and Plaintiffs paid fees to Defendant in excess of $400,000. Defendant's status as Investment Manager ended following the fourth quarter of 2001.

5. In 2004, Plaintiffs learned that INVESCO Funds Group, Inc., the affiliate of Defendant referred to above, had been charged with engaging in unlawful conduct in violation of the securities laws of the United States. On October 22, 2004, Plaintiffs requested Defendant to disclose to Plaintiffs any conduct of Defendant that could reasonably be construed as a breach of Defendant's fiduciary duties, as well as any damage that may have resulted to the

Plaintiffs as a result of that conduct.  Defendant responded that it was a separate entity from INVESCO Funds Group, Inc. and disagreed with the conclusion that Defendant had a fiduciary duty to Plaintiffs to disclose any conduct by INVESCO Funds Group, Inc.

6. On December 3, 2004, Plaintiffs informed Defendant that the fact that Defendant and INVESCO Funds Group, Inc. may be separately incorporated did not resolve the questions raised by Plaintiffs.  Plaintiffs asked that Defendant advise Plaintiffs of the role that INVESCO Funds Group, Inc. had in performance by Defendant of its contracts with Plaintiffs, including a description of any involvement that INVESCO Funds Group, Inc. had in the selection of securities purchased and sold by Defendant for Plaintiffs and in executing trades of stock on behalf of Plaintiffs.  Defendant responded on December 13, 2004, stating that it found no record of Defendant ever investing any assets for Plaintiffs with INVESCO Funds Group, Inc.  Plaintiffs responded on December 16, 2004, stating that Defendant's response did not answer the questions raised.  Plaintiffs asked INVESCO to inform them of the role that INVESCO Funds Group, Inc. had in the performance by Defendant of its contracts with the Foundations.  Specifically, Plaintiffs asked if Defendant relied in whole or in part on investment advice from INVESCO Funds Group, Inc. and whether INVESCO Funds Group, Inc. participated in any way in the execution of trades made for the accounts of Plaintiffs.

7. Defendant responded on January 3, 2005, stating that to the **best of its knowledge**, Defendant did not rely in whole or in part on investment advice from INVESCO Funds Group, Inc. in the management of Plaintiffs' assets and did not participate in any way in the execution of trades made for the accounts of the Foundations. Subsequently, the attorney for Plaintiffs conferred with the attorney for Defendant, requesting written proof of the statements made in the January 3, 2005 letter. Defendant has refused to do so. In addition to the information requested above, Plaintiffs hereby request documents showing whether Defendant bought and sold stocks or bonds for Plaintiffs the prices of which were adversely affected by conduct of INVESCO Funds Group, Inc.

8. **Cause of action for breach of fiduciary duty:**

As a fiduciary to Plaintiffs, Defendant has the duty to account to them and provide information to Plaintiffs concerning the conduct of Defendant in its capacity as investment manager for Plaintiffs. Defendant has breached that duty by failing to provide the information requested by Plaintiffs.

WHEREFORE, Plaintiffs pray that Defendant be cited to answer and appear in this case and upon hearing of this case, the Court order Defendant to produce documents and the accounting as requested by Plaintiffs and enter judgment for all relief to which Plaintiffs may be entitled, including money damages in an amount in excess of the minimum jurisdictional level of this Court, punitive damages, attorneys' fees, costs of court, prejudgment and postjudgment

interest at the highest rates allowed by law, and all other relief, both legal and

equitable, to which Plaintiffs may be entitled.

DATED: March ____, 2005.

Respectfully submitted,

John Mozola, TSB No. 14615500
John Mozola, PC
MULLIN HOARD & BROWN, L.L.P.
P. O. Box 31656
Amarillo, Texas  79120
Tel:  806/372-5050
Fax:  806/372-5086


_John Mozola_____
ATTORNEY FOR PLAINTIFFS

FILED
CAROLINE WOODBURN
DISTRICT CLERK

2005 MAR -2  P 4: 05

POTTER COUNTY, TEXAS

BY_____ BP _____

## CAUSE NO. <u>093114-00-C</u>

| | | |
|---|---|---|
| THE AMARILLO AREA FOUNDATION, ET AL, | § § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| VS. | § | 251ST JUDICIAL DISTRICT |
| INVESCO Institutional (N.A.), INC., (f/k/a INVESCO Capital Management, Inc.), | § § § | |
| Defendant. | § | POTTER COUNTY, TEXAS |

## <u>MOTION FOR RULE 103 SERVICE</u>

**Petitioner moves the Court to order service of citation on INVESCO Institutional (N.A.), INC., (f/k/a INVESCO Capital Management, Inc.), as prescribed by Rule 103 of the T.R.C.P.**

Private Process Servers DWIGHT D. MULLEN, ADIL TADLI and DANNY L. HANEY, are individuals who are residents of the State of Texas and are over the age of 18 years and are not parties to or interested in the outcome of this case.

Petitioner requests the Court issue its order authorizing service by Rule 103 of citation and other notices in the above-styled and numbered cause by the above named individuals, by service on the registered agent INVESCO Institutional (N.A.), INC., so that it may be notified of this suit.

Respectfully Submitted:

_____
JOHN MOZOLA
Texas Bar No. 14615500

MULLIN HOARD & BROWN, L.L.P.
P.O. BOX 31656
Amarillo, Texas 79120
806-372-5050
806-372-5086 Fax

Attorney for Plaintiff

FILED
CAROLINE WOODBURN
DISTRICT CLERK

2005 MAR -8 P 2:04

POTTER COUNTY, TEXAS

BY_____

3

CAUSE NO. <u>093114-00-C</u>

| | | |
|---|---|---|
| THE AMARILLO AREA FOUNDATION, ET AL, | § § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| VS. | § § | 251ST JUDICIAL DISTRICT |
| INVESCO Institutional (N.A.), INC., (f/k/a INVESCO Capital Management, Inc.), | § § § | |
| Defendant. | § | POTTER COUNTY, TEXAS |

## ORDER AUTHORIZING SERVICE UNDER RULE 103
## TEXAS RULES OF CIVIL PROCEDURE

On this day came to be heard the request that the Court authorize service of process upon a party to this cause pursuant to Rule 103, Texas Rules of Civil Procedure. After considering the affidavits of DWIGHT D. MULLEN, ADIL TADLI and DANNY L. HANEY, the Court finds that the requirements of Rule 103 have been met and that service under such Rule should be authorized.

**IT IS THEREFORE ORDERED** that **DWIGHT D. MULLEN, ADIL TADLI and DANNY L. HANEY**, are authorized to serve Citations and other notices in this cause and to make return thereof.

SIGNED this _____ day of _____ March _____ 2005.

_____
JUDGE PRESIDING

FILED
CAROLINE WOODBURN
DISTRICT CLERK

2005 MAR -8 P 2: 12

POTTER COUNTY, TEXAS

BY _____ 02
DEPUTY

1010761

*4*



LIN✦HOARD✦BROWN✦L

# M-HB
### ATTORNEYS AT LAW

**John Mozola**

Board Certified Civil Trial Law
Texas Board of Legal Specialization

Email: jmozola@mhba.com
Direct Dial: 806.337.1123
Fax: 806.372.5089

March 22, 2005

Caroline Woodburn
Potter County District Clerk
P.O. Box 9570
Amarillo, Texas 79105-9570

Re:   No. 93,114-C; *The Amarillo Area Foundation and The Don and Sybil Harrington Foundation v. INVESCO Institutional (N.A.), Inc. (f/k/a INVSCO Capital Management, Inc.)*; In the 251st District Court; Potter County, Texas

Dear Ms. Woodburn:

Enclosed are the original and one copy of the Affidavit of Service to the registered agent for INVESCO. Please file the original and return the file-marked copy to me in the enclosed postage paid envelope.

Thank you for your assistance.

Sincerely,

*John Mozola*

John Mozola

FJM/gh
Enc.

FILED
CAROLINE WOODBURN
DISTRICT CLERK

2005 MAR 22 P 2:51

POTTER COUNTY, TEXAS

BY _____

**Lubbock**
1500 Broadway
Suite 700
Lubbock, Texas 79401
Phone: 806-765-7491 • Fax 806-765-0553

**Amarillo**
PO Box 31656          500 S Taylor
Amarillo, TX 79120    Suite 800, LB 213
                       Amarillo, TX 79101
Phone: 806-372-5050 • Fax: 806-372-5086

New York
845 Third Ave
21st Floor
New York, New York 10022
Phone: 212-223-4150 • Fax 212-223-4153

w w w . m u l l i n h o a r d . c o m



P.O. Box 9570
marillo, Texas 79105-9570
501 S. Fillmore-Suite 1B

**Caroline Woodburn**
DISTRICT CLERK
www.co.potter.tx.us/districtclerk/index.html

806 / 379-2300
FAX: 806 / 372-5061
districtclerk@co.potter.tx.us

THE STATE OF TEXAS
CIVIL

CITATION--PERSONAL SERVCE

CAUSE NO.   093114-00-C

THE AMARILLO AREA FOUNDATION AND THE DON AND SYBIL HARRINGTON FOUNDATION
VS INVESCO INSTITUTIONAL (NA) INC (FKA INVESCO CAPITAL MANAGEMENT INC)

IN AND FOR THE: 251ST DISTRICT COURT
TO:     INVESCO INSTITUTIONAL (NA) INC (FKA INVESCO CAPITAL
        MANAGEMENT INC) BY SERVING ITS REGISTERED AGENT CT
        CORPORATION SYSTEM, 350 N ST PAUL ST, DALLAS, TX 75201

NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR
ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS
CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF
TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT
JUDGMENT MAY BE TAKEN AGAINST YOU.

THE ADDRESS OF THE CLERK IS SHOWN ABOVE. THE PLAINTIFF'S PETITION WAS
FILED ON: MARCH 2, 2005 IN THE 251ST DISTRICT COURT LOCATED AT AMARILLO,
POTTER COUNTY, TEXAS.

ATTACHED HERETO IS: PLAINTIFFS' ORIGINAL PETITION

THE ATTORNEY FOR THE PLAINTIFF IS: JOHN MOZOLA, 500 S. TAYLOR, 800 ANB,
AMARILLO, TX 79101, (806) 372-5050.

ISSUED AND GIVEN UNDER MY HAND AND SEAL ON: MARCH 2, 2005

CAROLINE WOODBURN, CLERK OF THE COURT
POTTER COUNTY, TEXAS

BY _____ DEPUTY

(OFFICER'S RETURN FOLLOWS)

**RETURN COPY**

FILED
CAROLINE WOODBURN
DISTRICT CLERK

2005 MAR 22 P 2: 51

POTTER COUNTY, TEXAS

**Potter County**

P.O. Box 9570
Amarillo, Texas 79105-9570
501 S. Fillmore-Suite 1B

**Caroline Woodburn**
DISTRICT CLERK
www.co.potter.tx.us/districtclerk/index.html

806 / 379-2300
FAX: 806 / 372-5061
districtclerk@co.potter.tx.us

```
============================OFFICER'S RETURN========================
```
CAUSE NO. 093114-00-C

STYLE: THE AMARILLO AREA FOUNDATION AND THE DON AND SYBIL HARRINGTON
FOUNDATION VS INVESCO INSTITUTIONAL (NA) INC (FKA INVESCO CAPITAL
MANAGEMENT INC)

CAME TO HAND ON_____, 20___ AT ___O'CLOCK_____.M. AND
EXECUTED BY PERSONALLY DELIVERING A COPY OF THIS CITATION WITH A COPY OF
THE PETITION ATTACHED, HAVING ENDORSED THE DATE OF DELIVERY ON THE COPY
OF THE CITATION, IN PERSON TO:

## *SEE ATTACHED AFFIDAVIT*

(NAME OF INDIVIDUAL, CORPORATION, OR AGENT SERVED)

IN_____COUNTY, TEXAS, AT _____O'CLOCK ___.M.

ON _____, 20_____.

_____,SHERIFF

_____COUNTY, TEXAS

BY_____,DEPUTY

FEE FOR SERVING CITATION _____

```
=====================FOR PROCESS SERVER'S USE=====================
```

SUBSCRIBED AND SWORN TO BEFORE ME ON:_____, 20_____
WITNESS MY HAND AND SEAL.

_____, NOTARY
MY COMMISSION EXPIRES:_____.

FEE FOR SERVING CITATION

## CAUSE NO. <u>093114-00-C</u>

| | | |
|---|---|---|
| THE AMARILLO AREA FOUNDATION, ET AL, | § | IN THE DISTRICT COURT |
| Plaintiff(s), | § | |
| VS. | § | <u>251ST</u> JUDICIAL DISTRICT |
| INVESCO INSTITUTIONAL (N.A.), INC., ET AL, | § | |
| Defendant(s). | § | <u>POTTER</u>   COUNTY, TEXAS |

## <u>AFFIDAVIT OF SERVICE</u>

Came to hand on      **Thursday, March 10, 2005**   at **4:00 PM**,

Executed at:      **350 N ST PAUL ST, STE 2900,       DALLAS,       TX  75201**  within the county of

**DALLAS**      at **10:30 AM**,   on      **Friday, March 11, 2005,**   by delivering to the within named:

**INVESCO INSTITUTIONAL (NA) INC**

by delivering to its Registered Agent, **CT CORPORATION SYSTEM**

by delivering to its designated agent, **SANDY CABALLERO**         in person a true copy of this

CITATION AND PLAINTIFF'S ORIGINAL PETITION

having first endorsed thereon the date of the delivery.

**BEFORE ME, the undersigned authority, on this day personally appeared Dwight D. Mullen,**
who after being duly sworn on oath states: "My name is **Dwight D. Mullen.**         I am a person
over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the
State of Texas. I am not a party to this suit nor related or affiliated with any herein, and have no
interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the
Texas Practice and Remedies Codes as they apply to service of process. I have never been
convicted of a felony or of a misdemeanor involving moral turpitude."

<u>Dwight D. Mullen</u>

of **DALLAS COUNTY**

By: <u>Dwight D. Mullen</u>

**Authorized Person**

Given under my hand and seal of office on this _14TH_ day of MARCH 2005.

<u>Barry Morse</u>

**Notary Public in and for
The State of Texas**

BARRY MORSE
Notary Public, State of Texas
My Commission Exp. 09-24-2005

# COPY

## CAUSE NO. <u>093114-00-C</u>

| | | |
|---|---|---|
| THE AMARILLO AREA FOUNDATION, ET AL, | § § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| VS. | § | 251ST JUDICIAL DISTRICT |
| INVESCO Institutional (N.A.), INC., (f/k/a INVESCO Capital Management, Inc.), | § § § | |
| Defendant. | § | POTTER COUNTY, TEXAS |

## <u>ORDER AUTHORIZING SERVICE UNDER RULE 103 TEXAS RULES OF CIVIL PROCEDURE</u>

On this day came to be heard the request that the Court authorize service of process upon a party to this cause pursuant to Rule 103, Texas Rules of Civil Procedure. After considering the affidavits of DWIGHT D. MULLEN, ADIL TADLI and DANNY L. HANEY, the Court finds that the requirements of Rule 103 have been met and that service under such Rule should be authorized.

**IT IS THEREFORE ORDERED** that **DWIGHT D. MULLEN, ADIL TADLI and DANNY L. HANEY**, are authorized to serve Citations and other notices in this cause and to make return thereof.

SIGNED this _8th_ day of _March_ 2005.

_____
JUDGE PRESIDING

Filed at _____ o'clock ___M
Caroline Woodburn

MAR 2 2 2005

District Clerk, Potter County, Texas
By_____ Deputy

# Gwinn & Roby L.L.P.

## ATTORNEYS AND COUNSELORS

Amarillo/Dallas/Fort Worth
600 Maxor Building
320 S. Polk Street
Amarillo, Texas 79101-1426
(806) 468-3200
Fax (806) 376-4509
triney@gwinnroby.com

Direct Dial Number
806-468-3201

April 1, 2005

**By Hand Delivery**
Ms. Caroline Woodburn
Potter County District Clerk
P. O. Box 9570
Amarillo, Texas 79105-9570

      Re:    No. 93,114-C – In the 251st District Court in and for Potter County, Texas; The Amarillo Area Foundation and The Don and Sybil Harrington Foundation vs. INVESCO Institutional (N.A.), Inc. (f/k/a INVESCO Capital Management, Inc.)

Dear Ms. Woodburn:

    Enclosed are an original and one copy of Defendant's Motion to Transfer Venue and Subject Thereto Its Original Answer which I ask that you file in the above-referenced matter. Please return a file stamped copy of this Motion to our courier.

    By copy of this letter, I am this day forwarding a copy of this document to Mr. John Mozola, attorney of record for the Plaintiffs, by certified mail, return receipt requested.

                Sincerely,

                GWINN & ROBY L.L.P.

                Thomas C. Riney

FILED
CAROLINE WOODBURN
DISTRICT CLERK
2005 APR -1  A 10: 32
POTTER COUNTY, TEXAS
BY _____ 01

TCR/gf
Enclosures
xc:   John Mozola (w/enc.)

93607_1

CAUSE NO. 93114-C

| | | |
|---|---|---|
| THE AMARILLO AREA FOUNDATION | § | IN THE DISTRICT COURT |
| and THE DON AND SYBIL | § | |
| HARRINGTON FOUNDATION, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | 251ST JUDICIAL DISTRICT |
| | § | |
| | § | |
| INVESCO Institutional (N.A.), Inc. | § | |
| (f/k/a INVESCO Capital Management, Inc.) | § | |
| | § | |
| Defendant. | § | POTTER COUNTY, TEXAS |

## DEFENDANT'S MOTION TO TRANSFER VENUE
## AND SUBJECT THERETO ITS ORIGINAL ANSWER

Invesco Institutional (N.A.), Inc. (hereinafter "Defendant") files this Defendant's Motion to Transfer Venue, and subject thereto its Original Answer to Plaintiffs' Original Petition ("Petition"), subject to its right to remove this case and to challenge jurisdiction.

### I.

### Motion to Transfer Venue

Defendant moves that venue be transferred from Potter County, Texas, where venue is improper, to Dallas County, Texas where venue in Texas would be proper, assuming that this case should not be heard in another state or forum. This motion is filed as required by Texas Rule of Civil Procedure 86 before any other plea, pleading or motion, in order to preserve Defendant's right to object to venue. Defendant denies any and all venue facts that could support the maintenance of venue in Potter County based on the facts alleged by Plaintiff in the Petition. Specifically, Defendant denies that "all or a substantial part of the events or omissions giving rise to the claim occurred in Potter County, Texas." Simply because Plaintiffs are situated in Potter County does not make venue proper in this location.

As provided by Subdivision 3, venue is proper in Dallas County because the Defendant's principal office in Texas is in Dallas County. TEX. CIV. PRAC. & REM. CODE § 15.002(a)(3). Because Defendant's principal place of business within the state of Texas is in Dallas County,

the other provisions of §15.002 do not apply and the lawsuit should be transferred to Dallas County. Venue is also appropriate in Dallas County because the locale is more convenient than Potter County. TEX. CIV. PRAC. & REM. CODE §15.002(b). Furthermore, the maintenance of this action in Potter County would work an injustice to the parties and witnesses; the balance of interest of all parties predominate in favor of the action being transferred; and the transfer of the action would not work an injustice to any other party. *Id.* at §§ 15.002(b)(1) - (b)(3).

Because Defendant challenges the propriety of venue, Plaintiff bears the burden of proof to establish proper venue in Potter County, Texas. *In re Masonite Corp.*, 997 S.W.2d 194, 197 (Tex. 1999) ("If a defendant, through a venue transfer motion, objects to the plaintiff's venue choice, the plaintiff must prove that venue is proper in the county of suit.") citing *Wilson v. Texas Parks and Wildlife Dep't*, 886 S.W.2d 259, 260 (Tex. 1994).

## II.

### Original Answer

Subject to and without waiver of its motion to transfer venue and pursuant to all stipulations and admissions that may be made, Defendant asserts this general denial pursuant to Texas Rule of Civil Procedure 92, and generally denies each and every material allegation contained in Plaintiffs' Original Petition and demand strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that Plaintiffs take nothing by their claims against Defendant, that the Court dismiss all claims against Defendant and award Defendant its costs of court. Defendant further requests all such other and further relief to which it may be justly entitled.

Respectfully submitted,

**GWINN & ROBY L.L.P.**

By: _____
        Thomas C. Riney
        State Bar No. 16935100
320 South Polk Street
600 Maxor Building
Amarillo, Texas 79101
Telephone: 806-468-3201
Telecopier: 806-376-4509

**FULBRIGHT & JAWORSKI L.L.P.**
        Layne E. Kruse
        State Bar No. 11742550
1301 McKinney Ave., Suite 5100
Houston, Texas 77010-3095
Telephone: 713-651-5194
Telecopier: 713-651-5246

COUNSEL FOR DEFENDANT
INVESCO Institutional (N.A.), Inc.

## CERTIFICATE OF SERVICE

In accordance with Rule 21a of the TEXAS RULES OF CIVIL PROCEDURE, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record on this _____ day of April, 2005, as follows:

**John Mozola**
State Bar No. 14615500
John Mozola, P.C.
Mulling Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, Texas 79120
Telephone: 806-372-5050
Telecopier: 806-372-5086

FILED
CAROLINE WOODBURN
DISTRICT CLERK
2005 APR -1  A 10: 32
POTTER COUNTY, TEXAS
BY _____

_____
Thomas C. Riney

**DEFENDANT'S MOTION TO TRANSFER VENUE AND
SUBJECT THERETO ITS ORIGINAL ANSWER**                                 **PAGE 3**