IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE AMARILLO AREA FOUNDATION AND THE DON AND SYBIL HARRINGTON FOUNDATION, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:05-cv-104-J |
| INVESCO INSTITUTIONAL (N.A.), INC. (F/K/A INVESCO CAPITAL MANAGEMENT, INC.), | § § § § § | |
| Defendant. | § § | |

**PLAINTIFFS' STIPULATION OF DISMISSAL**

Plaintiffs file this Stipulation of Dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). All costs, attorney's fees, and expenses will be borne by the party incurring same.

Respectfully submitted,

*/s/ John Mozola*

John Mozola, TSB No. 14615500
John Mozola, PC
MULLIN HOARD & BROWN, l.l.p.
P. O. Box 31656
Amarillo, Texas 79120
Tel: 806/372-5050
Fax: 806/372-5086

ATTORNEY FOR PLAINTIFFS

30948930.1

- 1 -

APPROVED:

_____
Thomas C. Riney
State Bar No. 16935100
GWINN & ROBY, L.L.P.
600 Maxor Building
320 South Polk Street
Amarillo, Texas 79101
Telephone: 806 468-3201
Facsimile: 806-376-4509

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on _____6/22/05_____, 2005.

_____
John Mozola