IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 5 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| AMARILLO AREA FOUNDATION and THE DON AND SYBIL HARRINGTON FOUNDATION,<br>    PLAINTIFFS,<br>v.<br><br>INVESCO INSTITUTIONAL (N.A.) INC., f/k/a INVESCO CAPITAL MANAGEMENT, INC.),<br><br>    DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION CAUSE NUMBER<br><br>2:05-CV-104-J |

## ORDER OF DISMISSAL

Pursuant to the joint Rule 41 (a)1)(ii) stipulation, filed June 22, 2005, this case is hereby dismissed without prejudice, each party to bear their own costs.

It is SO ORDERED.

Signed this the _____ day of ~~June~~ July, 2005.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE